IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

__Wilder__
Plaintiff

vs.

__Bloch, U.S. O.S.C__
Defendant

* Civil Action No. _____

JFM 08 CV 1748

\*\*\*\*\*\*

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "*in forma pauperis*" (without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

_____
Signature

__Lawrence Wilder__
Name (Print or Type)

__113 Winters Lane__
Address

__Catonsville, MD. 21228__
City/State/Zip

__410-262-7911__
Phone No.                    Fax No.

U.S. District Court (10/25/2007)
Motion for Leave to Proceed "In Forma Pauperis"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*Wilder*
_____
Plaintiff

        \*

    vs.        \*  Civil Action No. _____

*Bloch*
_____
Defendant         \*

\*\*\*\*\*\*

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS**

I, __*Lawrence Wilder*__, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for most civil suits is $350.00. In support of my motion to proceed without being required to prepay the filing fee and other costs, I state that: (1) because of my poverty I am unable to pay such fee and costs, or give security therefor; and (2) I believe I am entitled to relief in this proceeding. The nature of my complaint is briefly stated as follows (employment discrimination, Social Security, civil rights, or other):

In further support of this motion, I answer the following questions:

1. Are you presently employed?
   ☐ Yes  ☒ No
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net (take-home) pay.

Employer: _____  Monthly Gross: $_____
              _____  Monthly Net:   $_____

    b. If the answer is "no," state the date of last employment, the name and address of your employer, and the amount of salary or wages per month you received.

Date: _____

Employer: _Retired (Disability)_       Monthly Gross: $_____

_U.S. D.H.H.S., 5/6/97_       Monthly Net:   $_____

2. Have you received within the past 12 months any income from: (1) settlements, judgments, or monetary awards following compensation, or disability payments; (2) Social Security, public assistance, workers' compensation, or disability payments; (3) a business, profession or other form of self-employment; (4) rent payments, interest, or dividends; (5) retirement, annuity, pension or insurance payments; (6) gifts or inheritances; or (7) any other sources?

☑ Yes   ☐ No

Received:         Source:

$ _990/mo._   _U.S. Federal disability pension_

$ _1420/mo._  _SSDI (No payments in 2008)_

$ _____     _(suspended)_

$ _____     _____

Do you expect this income to continue:    ☐ Yes   ☑ No

3. Do you have any cash on hand, or money in savings or checking accounts?   ☐ Yes   ☑ No

If yes, state total amount: $_____

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No

If yes, give value and description:

Value:            Description:

$ _____       _____

$ _____       _____

$ _____       _____

$ _____       _____

5. List creditors, including banks, mortgage companies, charge accounts, etc.:

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| Student Loan | $11023 | $136 |
| SSA (Overpayment debt) | $5339 | $106 |
| Credit Card | $2250 | $333 |
|  | $ | $ |

6. List any major monthly expenditures not included in your answer to No. 5, such as food, insurance, utilities, rent, child support, alimony, etc.:

| Description: | Monthly Payment: |
|---|---|
| Rent | $900 |
| Food & household expenses | $435 |
| Insurance (Health & Auto) Med Exp. | $140 |
| Legal/Employment related/Transpo | $200 |

7. Marital Status:  ☒ Single   ☐ Married   ☐ Widowed   ☐ Separate/Divorced

   List Persons you actually support and your relationship to them:

| Name: | Relationship: |
|---|---|
| Britney Wilder | Daughter |
| Lawrence Wilder | Son |

8. If married, is your spouse employed?  ☐ Yes   ☐ No

   If yes, how much does your spouse earn per month: Gross: $_____ Net: $_____

9. If you are a minor under age 18, what is your parents' or guardian's approximate monthly income?  Gross: $_____ Net: $_____

I understand the Court will not consider my Motion unless all the questions are answered.

I declare under penalty of perjury that the information above is true and correct.

Date: 6/30/2008

Signature: [signed]