**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LAWRENCE V. WILDER | : | |
| Plaintiff | : | |
| v | : | Civil Action No. JFM-08-1748 |
| SCOTT BLOCH | : | |
| Defendant | : | |

o0o

**ORDER**

The above-captioned petition for writ of mandamus was filed on July 1, 2008, together with a motion to proceed in forma pauperis. The motion shall be held in abeyance.

Under 28 U.S.C. § 1391(b), a civil action that is based upon a federal question may be brought only in the judicial district where any of the defendants reside, if all defendants reside in the same state or a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, except as otherwise provided by law. The defendant named resides in the District of Columbia and the claim concerns failure to investigate a claim filed in the Office of the Special Counsel located in the District of Columbia. The proper venue is the United States District Court for the District of Columbia.

Accordingly, IT IS this 5th day of August, 2008, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis IS HELD IN ABEYANCE;

2. The Clerk SHALL TRANSFER this case to the United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, DC 20001, for all further proceedings as may be deemed appropriate by that court; and

3. The Clerk SHALL MAIL a copy of this to plaintiff.

                                            _____/s/_____  
                                            J. Frederick Motz  
                                            United States District Judge